FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
[illegible] 12:38
SIGN
by DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MICHAEL BROOKS

292618

Inmate (DOC) number

CV 01-339-B-M3

(Enter above the full name of each plaintiff in this action.)

VERSUS

JAMES M. LeBLANC, WARDEN

DIXON CORRECTIONAL INSTITUTE

RICHARD STALDER, SECRETARY, DEPARTMENT OF CORRECTIONS

19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety

| INITIALS | DOCKET# |
|---|---|
| NML | 1 |

and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, P. O. Box 2630, Baton Rouge, La. 70821.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( X ) No (  )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): MICHAEL BROOKS, D.C.I., P.O. BOX788, JACKSON, LA. 70748

Defendant(s): JAMES M. LEBLANC (WARDEN), DIXON CORRECTIONAL INSTITUTION.

2. Court (if federal court, name the district; if state court, name the parish): NINETEENTH JUDICAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

3. Docket number: 467734 DIVISON "I"

4. Name of judge to whom case was assigned: ?

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

PENDING

6. Date of filing lawsuit: SEPTEMBER 2000

7. Date of disposition: ---------

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( ) No (x )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: DIXON CORRECTIONAL INSTITUTE

A. Is there a prisoner grievance procedure in this institution?

Yes (x) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. D.C.I.#00-0844

2. What steps did you take? INITIALLY FILED A.R.P.

3. What was the result? (DENIED ALL THREE STEPS).

D. If your answer is No, explain why not:

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) MICHAEL BROOKS

Address D.C.I, P.O. BOX 788, JACKSON, LA. 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant JAMES M. LeBLANC,WARDEN,D.C.I.,

is employed as WARDEN, DIXON CORRECTION INSTITUTE

at JACKSON, LOUISIANA 70748-0788

C. Additional Defendants: RICHARD STALDER, SECRETARY, D.O.C.,

19TH JUDICIAL DISTRICT COURT,PARISH OF EAST BATON ROUGE

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. James M. LeBlanc, is my custodian at Dixon Correctional Institute. It is his employee(s) employed as record clerks that failed to follow Departmental Regulations in regards to my computation of sentence as for goodtime and being discharged from custody.

2. Richard Stalder, is Secretary of department of corrections and, it is in his capacity to oversee that Departmental Regulations are carried out correctly and accordingly. He is the signee of the policy governing petitioner receiving goodtime on his claim.

3. 19th Judicial District Court, has failed to comply by rendering a decision or giving the petitioner a hearing date on his claim in excess of seven months which constitutes a untimely delay, due process rights violations and has caused the petitioner, mental anguish, fatigue, and denial of access to the courts in a reasonable time to hear or render decision in petitioner's claim, under the title, PETITION FOR EMERGENCY WRIT OF HABEAS CORPUS.